IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VALERIE SHELDON,                                         Case No. 2:09-CV-00051-MV-WPL

       Plaintiff,

v.

MESILLA VALLEY HOSPITAL, INC.

       Defendant.

## PLAINTIFF VALERIE SHELDON'S STIPULATION OF DISMISSAL FILED PURSUANT TO FED.R.CIV.P. 41

Plaintiff Valerie Sheldon ("Plaintiff") files this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Rule 41(a)(1)(A)(ii) allows a party to dismiss an action voluntarily without a court order if the dismissal is signed by all the parties who have appeared in the case.

Here, the Parties have entered a final settlement agreement resolving all issues in this litigation.  Thus, they submit this stipulation of dismissal.

Dated: this 25th day of July, 2009    Electronically signed, and respectfully submitted by,

           /s/ Ben Furth
           BEN FURTH (NM BAR #121402)

7001.bsf

BEN@RICHARDSFIRM.COM
KIMBERLY A. RICHARDS (NM #10572)
KIMBERLY@RICHARDSFIRM.COM
**RICHARDS FURTH PC**
425 South Telshor
Building C, Suite 204
Las Cruces, New Mexico 88011
Telephone:   575-522-3996
Facsimile:    575-532-5815
www.richardsfirm.com

Steven Almanza (NM Bar No. 15543)
estevalmanza@hotmail.com
STEVEN ALMANZA Law Office
P.O. Box 1660
Las Cruces, NM 88004-1660
Telephone: 575-524-8312
Facsimile: 575-526-6449

Counsel for Plaintiff

/s/ Michelle Coburn
Mark W. Peters, TN Bar No. 18422
Michelle E. Coburn, TN Bar No. 22731
Waller Lansden Dortch & Davis, LLC
511 Union St, Suite 270
Nashville, Tennessee 37219

Counsel for Defendant

7001.bsf

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served via the Court's electronic filing system to:

Mark W. Peters, TN Bar No. 18422
Michelle E. Coburn, TN Bar No. 22731
Waller Lansden Dortch & Davis, LLC
511 Union St, Suite 270
Nashville, Tennessee 37219
on the 23rd day of July, 2009


/s/_____
Ben Furth

7001.bsf